156 So.2d 799

**Vernon J. WILTY, Jr.**

v.

**JEFFERSON PARISH DEMOCRATIC EXECUTIVE COMMITTEE and Mrs. Laura Verret Wilty (Qualification in the name of Mrs. Vernon J. Wilty, Jr.).**

No. 46969.

Oct. 22, 1963.

Court of Appeal, Fourth Circuit, 156 So.2d 800.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.